UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DITECH FINANCIAL LLC,
                 Plaintiff,

v.

LARRY C. PIROZZI,
                 Defendant.
------------------------------------------------------------x

**ORDER**

19 CV 7326 (VB)

This Order amends the Court's March 16, 2020, Order. (Doc. #19).

With respect to the case management conference scheduled for April 1, 2020, at 10:00 a.m., plaintiff's counsel and defendant shall attend by calling the following number and entering the access code when requested:

Number: (888) 363-4749 (toll-free) or (215) 446-3662

Access Code: 1703567

The parties should be on the line by 10:00 a.m. and announce their names before speaking.

In the event defendant has retained counsel by the April 1, 2020, case management conference, counsel shall attend by using the above call-in information.

**By close of business tomorrow, March 20, 2020, plaintiff's counsel shall mail a copy of this Order to defendant and file on the ECF docket proof of service of same.**

Dated: March 19, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge