UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DITECH FINANCIAL, LLC,           :
          Plaintiff,           :
                                                 :    **ORDER**
v.                               :
                                                 :    19 CV 7326 (VB)
LARRY C. PIROZZI,                :
          Defendant.          :
--------------------------------------------------------------x

       The Court held an on-the-record telephone conference today at which plaintiff's counsel participated by telephone, but defendant, proceeding <u>pro se</u>, failed to appear without excuse or explanation., it is HEREBY ORDERED:

       1.      By July 24, 2020, plaintiff shall file either a motion for summary judgment or submit a letter informing the Court that the parties have resolved the case by a deed in lieu of foreclosure or otherwise. If plaintiff seeks more time for the parties to engage in further discussions regarding a resolution of the case, plaintiff may seek an extension of time by that date.

       2.      If plaintiff files a motion for summary judgment on or before July 24, 2020, defendant's opposition to plaintiff's motion will be due August 24, 2020, and plaintiff's reply, if any, will be due September 7, 2020.

       Chambers will send a copy of this Order to defendant by mail to the address on the docket and by email to the email address defendant provided at the April 14, 2020, conference.

Dated: June 2, 2020
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge