UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DITECH FINANCIAL, LLC,
               Plaintiff,

v.

**ORDER**

19 CV 7326 (VB)

LARRY C. PIROZZI,
               Defendant.
--------------------------------------------------------------x

      On June 2, 2020, the Court ordered plaintiff to file either a motion for summary judgment or a letter informing the Court that the parties have resolved the case by July 24, 2020.  (Doc. #27).

      To date, plaintiff has failed to file a motion for summary judgment, a letter regarding settlement, or a request for further extension of time to do so.

      Accordingly, the Court sua sponte extends plaintiff's time to file either a motion for summary judgment or a letter informing the Court that the parties have resolved the case by July 31, 2020.  If plaintiff files a motion for summary judgment on or before July 31, 2020, defendant's opposition to plaintiff's motion will be due August 31, 2020, and plaintiff's reply, if any, will be due September 14, 2020.  The Court reminds plaintiff that its orders are not mere suggestions.

      Chambers will send a copy of this Order to defendant by mail to the address on the docket and by email to the email address defendant has provided the Court.

Dated: July 27, 2020
       White Plains, NY

                                           SO ORDERED:

                                           Vincent L. Briccetti
                                           United States District Judge