Case 7:19-cv-07326-VB   Document 31   Filed 09/10/20   Page 1 of 1

> Plaintiff's deadline to file either a motion for summary judgment or a letter informing the Court that the parties have resolved the case is extended to 1/4/2021. If plaintiff files a motion for summary judgment on or before 1/4/2021, defendant's opposition to plaintiff's motion will be due 2/3/2021, and plaintiff's reply, if any, will be due 2/17/2021.
>
> Plaintiff is once again reminded of its obligation to serve any filings on defendant.
>
> Chambers will send a copy of this Order to defendant by mail to the address on the docket and by email to the email address defendant has provided the Court.
>
> The Clerk is instructed to terminate the motion. (Doc. #31).
>
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.    9/11/2020

Via ECF:
United States District Judge V[incent L. Briccetti]
United States District Court fo[r the Southern District of NY]
300 Quarropas Street
White Plains, NY 10601

Re:    *Ditech Financial LLC vs. Larry C Pirozzi*
Civil Action #:.   19-cv-7326

Dear District Judge Briccetti:

This Law Firm represents the Plaintiff, which is the holder of a Note owned or securitized by the Federal National Mortgage Association ("FNMA"). Please accept this Status Report.

As stated in the Status Report filed July 29, 2020 (*See* Document #29), due to the COVID-19 pandemic, on March 18, 2020, the Federal Housing Finance Agency announced that FNMA was suspending the continuation of all its single-family mortgage foreclosures for sixty days through May 17, 2020. On May 14, 2020, FHFA extended the foreclosure moratorium through June 30, 2020. On June 17, 2020, the FHFA further extended the moratorium on foreclosures through August 31, 2020. On August 27, 2020, the FHFA further extended the moratorium on foreclosures through December 31, 2020. Due to the FHFA foreclosure moratorium, the Plaintiff cannot resume prosecution of this action by making a motion until after the moratorium terminates.

With respect to the status of settlement negotiations, the Plaintiff determined the Defendant is eligible for a deed in lieu of foreclosure settlement arrangement and sent the Defendant the approval paperwork via electronic mail on August 14, 2020 at 9:51 am, August 21 2020 at 9:11 am, August 25, 2020 at 9:25 am, and August 28, 2020 at 10:34 am. The 38 pages of paperwork include the: (1) Deed in Lieu of Foreclosure, according to which the Defendant would convey all right, title, and interest in the subject real property to the Plaintiff; (2) New York State Department of Taxation and Finance RP 5217 Real Property Transfer Report; (3) New York State Department of Taxation and Finance Combined Real Estate Transfer Tax Return, Credit Line Mortgage Certificate, and Certification of Exemption from the Payment of Estimated Personal Income Tax; (4) Personal Property Release, according to which the Plaintiff may dispose of any personal property remaining in the property after the Defendant vacates it; (5) Internal Revenue Service W-9 Form and; (6) Satisfaction of Mortgage. The Plaintiff is awaiting receipt of the executed documents.

Thank you for your consideration and time.

Respectfully,

/SJV/
Stephen J. Vargas, Esq.