Copies Mailed/Faxed ☒ emailed ☒
Chambers of Vincent L. Briccetti 3/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DITECH FINANCIAL LLC,
         Plaintiff,

v.

LARRY C. PIROZZI,
         Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 7326 (VB)

     On December 10, 2020, the Court issued an Order extending plaintiff's deadline to file a motion for summary judgment to February 12, 2021. Pursuant to that Order, defendant, who is proceeding pro se, was to respond to any motion for summary judgment by March 15, 2021.

     Plaintiff filed its motion for summary judgment on February 11, 2021. To date, defendant has not responded to plaintiff's motion.

     Accordingly, it is HEREBY ORDERED that defendant's deadline to oppose plaintiff's motion for summary judgment is sua sponte extended to **April 21, 2021**. Any reply by plaintiff shall be filed by **May 5, 2021**.

     No further extensions of defendant's deadline to oppose plaintiff's motion shall be granted. Should defendant fail to oppose plaintiff's motion for summary judgment by April 21, 2021, the Court will deem the motion fully submitted and unopposed, and will decide it in due course.

     The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

     Chambers will mail a copy of this Order to defendant at the address on the docket, and will email a copy to defendant at the email address defendant has provided to the Court.

Dated: March 22, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge