Copies Mailed/Faxed 11/22/21
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DITECH FINANCIAL LLC,
         Plaintiff,

v.

LARRY C. PIROZZI,
         Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 7326 (VB)

      On October 5, 2021, plaintiff moved for summary judgment. The notice of motion provided that defendant's opposition was due on November 8, 2021, and plaintiff's reply was due on November 22, 2021. (Doc. #48). To date, defendant has not responded to plaintiff's motion.

      Accordingly, it is HEREBY ORDERED that defendant's deadline to oppose plaintiff's motion for summary judgment is <u>sua sponte</u> extended to **December 20, 2021**. Any reply by plaintiff shall be filed by **January 10, 2022**.

      <u>**No further extensions of defendant's deadline to oppose plaintiff's motion shall be granted. Should defendant fail to oppose plaintiff's motion for summary judgment by December 20, 2021, the Court will deem the motion fully submitted and decide it in due course.**</u>

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore <u>in forma pauperis</u> status is denied for the purpose of an appeal. See <u>Coppedge v. United States</u>, 369 U.S. 438, 444–45 (1962).

      Chambers will send a copy of this Order to defendant by mail to the address on the docket and by email to the email address defendant has provided to the Court.

Dated: November 22, 2021
      White Plains, NY

                          SO ORDERED:

                          /s/ Vincent L. Briccetti
                          Vincent L. Briccetti
                          United States District Judge